[No. 65378-4-I.   Division One.   April 18, 2011.]

*In the Matter of the Marriage of* CHRISTINE OLIVIERI, *Respondent,* and RYAN LURIE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-3-02651-1, Gregory P. Canova, J., entered April 20, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Grosse and Cox, JJ.

[No. 65405-5-I.   Division One.   April 18, 2011.]

THE STATE OF WASHINGTON, *Respondent,* v. DARRELL ROWDEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 08-1-03014-4, Barbara A. Mack, J., entered May 10, 2010. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished per curiam opinion.

[No. 65828-0-I.   Division One.   April 18, 2011.]

*In the Matter of the Dependency of* D.L.-R.W.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,* v. AMANDA JONES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 09-7-01273-1, Steven C. Gonzalez, J., entered July 21, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, A.C.J., and Schindler, J.

[No. 65972-3-I.   Division One.   April 18, 2011.]

THE STATE OF WASHINGTON, *Respondent,* v. S.V.P., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 10-8-01939-3, LeRoy McCullough, J., entered August 11, 2010. *Reversed* and *remanded with instructions* by unpublished per curiam opinion.